1  TIMOTHY COURCHAINE
   United States Attorney
2  District of Arizona
   LINDSAY SHORT
3  Arizona State Bar No. 034125
   Assistant U.S. Attorney
4  Two Renaissance Square
   40 N. Central Ave., Suite 1800
5  Phoenix, Arizona 85004
   Telephone: 602-514-7500
6  Email: lindsay.short@usdoj.gov
   Attorneys for Plaintiff
7

☒ FILED   ☐ LODGED

# Sep 03 2025

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

8          IN THE UNITED STATES DISTRICT COURT

9             FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 10 United States of America, | No. CR-25-01223-PHX-SMB (DMF) |
| 11                     Plaintiff, | **I N F O R M A T I O N** |
| 12         vs. | **VIO:** 18 U.S.C. § 1709 |
| 13 | (Theft of Mail by Postal Employee) |
| 14 Cinnamon Graham, | Count 1 |
| 15                     Defendant. | |

16  THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

17          In or about November 2022, in the District of Arizona, CINNAMON GRAHAM, a

18  Mail Processing Clerk of the U.S. Postal Service, knowingly and unlawfully stole and

19  embezzled a $50 Visa gift card from an envelope sent by M.M. to M.M.'s daughter in

20  Goodyear, Arizona. The envelope containing the gift card was entrusted to GRAHAM and

21  intended to be conveyed by mail, carried, or delivered by an employee of the U.S. Postal

22  Service.

23          All in violation of Title 18, United States Code, Section 1709.

24          Dated this  25  day of ___April_____, 2025.

25                                         TIMOTHY COURCHAINE
                                           United States Attorney
26                                         District of Arizona

27                                         _Lindsay J. Short_  Digitally signed by LINDSAY SHORT
                                                              Date: 2025.04.25 10:05:38 -07'00'
28                                         _____
                                           LINDSAY SHORT
                                           Assistant U.S. Attorney